ABRAHAM L. JAFFE, Suing on Behalf of Himself and All Other Creditors of SOLAR HOMES, INC., Similarly Situated, Respondent, v. GASPARE FERRANTE et al., Appellants.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

JAMES LARSEN, Appellant, v. HOME OWNERS' LOAN CORPORATION, Respondent.

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.